UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESOURCE MANAGEMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WFC DURHAM HOLDINGS VII, G.P. and PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendants. | NO. 3:18-cv-00433 <br> CHIEF JUDGE CRENSHAW |

## ORDER

Defendant's Notice Withdrawing Motion to Dismiss (Doc. No. 17) docketed as a Motion to Withdraw Documents is **GRANTED**. The Clerk is directed to term the Motion to Dismiss (Doc. No. 8).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE