IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESOURCE MANAGEMENT ) | |
| COMPANY, INC. ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:18-433 |
| ) | Judge Richardson /Frensley |
| ) | |
| WTC DURHAM HOLDINGS VII, G.P., ) | |
| ET AL. ) | |
|     Defendant(s) ) | |

**O R D E R**

On April 8, 2019, the undersigned held a telephone status conference. Another telephone conference is set for **June 6 2019, at 9:30 a.m**. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference.

    IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge