# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RESOURCE MANAGEMENT COMPANY, INC., <br>     Plaintiff/Counter-Defendant <br><br> v. <br><br> WFC DURHAM HOLDINGS VII, G.P. and <br>     Defendant/Counter-Plaintiff; <br><br> And <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br>     Defendant. | Case No. 3:18-CV-433 <br> Judge Crenshaw / Frensley |

## NOTICE OF DEPOSITION

PLEASE NOTE NOTICE that Plaintiff's counsel intends to take the deposition of the third-party, Kelchner, Inc., pursuant to the attached Subpoena, beginning at 9:30 a.m. on Monday, November 18, 2019.

                                          Respectfully submitted,

                                          /s/ Phillip Byron Jones <br>
                                          **Phillip Byron Jones** (#14125) <br>
                                          EVANS, JONES & REYNOLDS, PC <br>
                                          401 Commerce Street, Suite 710 <br>
                                          Nashville, TN 37219-2424 <br>
                                          (615) 259-4685 <br>
                                          Pjones@ejrlaw.com <br>
                                          *Attorneys for Plaintiff/Counter-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent as follows on this the 22nd day of October, 2019, to:

| Addressee | Method(s) of Service |
|---|---|
| **Mr. Paul J. Krog**<br>**Mr. Eugene N. Bulso**<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN   37219<br>pkrog@leaderbulso.com<br>gbulso@leaderbulso.com<br>*Attorneys for Defendants/Counter-Plaintiff* | X   Electronically via the Court's ECF System<br><br>☐   U.S. Postal Service (First-Class)<br><br>X   Email<br><br>☐   Hand Delivery |

/s/ Phillip Byron Jones
**Phillip Byron Jones**

818620.015