# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

RESOURCE MANAGEMENT
COMPANY INC.,

  Plaintiff,

v.

WFC DURHAM HOLDINGS VII G.P.
and PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

  Defendants.

Case No. 3:18-cv-433
Jury Demand
Judge Richardson
Mag. Judge Frensley

## AGREED ORDER REVISING CASE MANAGEMENT DEADLINES

Based on the signatures of counsel for the parties below, it appears to the Court that the Defendants, WFC Durham Holdings VII G.P. ("WFC") and Philadelphia Indemnity Insurance Company, and the Plaintiff, Resource Management Company Inc., have agreed to the alteration of the Initial Case Management Order in this case in light of the continuation of the trial date. (*See* Dkt. 41.) The parties previously notified the undersigned Magistrate Judge of their joint intention to seek modification of the deadlines during a status conference on November 14, 2019. Accordingly, the Court finds that good cause exists for the alteration of that order. It is thus hereby ORDERED that the Initial Case Management Order (Dkt. 34) be modified as follows:

    1.    Case Resolution Plan and Joint Status Reports. The report required by Paragraph F of the Initial Case Management Order shall now be due on March 2, 2020.

2. Discovery. The parties shall complete all written discovery and depose all fact and expert witnesses on or before February 14, 2020. All discovery motions shall be filed no later than January 10, 2020.

3. Dispositive Motions. Dispositive Motions shall be filed no later than March 20, 2020.

Pursuant to an order entered by the District Judge, and pending disposition of the Defendants' motion to revise that order, this matter is presently set for trial commencing on August 4, 2020. Accordingly, the modified deadlines in this order comply with the requirements of Local Rule 16.01(h) that dispositive-motion briefing be completed in excess of ninety days before a trial date.

In all other respects the Initial Case Management Order entered at Docket Entry 34 remains in effect.

IT IS SO ORDERED.

Jeffrey S. Frensley
United States Magistrate Judge

Approved for Entry By:

s/ Phillip Byron Jones (w. perm.)
Phillip Byron Jones (#14125)
EVANS, JONES & REYNOLDS PC
401 Commerce Street, Suite 710
Nashville, TN 37219-2424
(615) 259-4685
Pjones@ejrlaw.com
*Attorneys for Plaintiff*


s/ Paul J. Krog
Eugene N. Bulso, Jr. (#12005)
Paul J. Krog (#29263)
LEADER, BULSO & NOLAN PLC
414 Union Street, Suite 1740
Nashville, TN 37219
(615) 780-4100
Gbulso@leaderbulso.com
Pkrog@leaderbulso.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on November 21, 2019, I filed the foregoing with the Court's ECF system, which is expected to deliver a true and accurate copy to the following:

Phillip Byron Jones (#14125)
EVANS, JONES & REYNOLDS PC
401 Commerce Street, Suite 710
Nashville, TN 37219-2424
(615) 259-4685
Pjones@ejrlaw.com
*Attorneys for Plaintiff*

                                                s/ Paul J. Krog
                                                Paul J. Krog