# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

RESOURCE MANAGEMENT
COMPANY INC.,

  Plaintiff & Counterclaim-Defendant,

v.

WFC DURHAM HOLDINGS VII LLC
and PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

  Defendants & Counterclaimants.

Case No. 3:18-cv-433
Jury Demand
Judge Richardson
Mag. Judge Frensley

## MOTION TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL ON ACCOUNT OF COVID-19 DISRUPTIONS

The Defendants, WFC Durham Holdings VII LLC ("WFC") and Philadelphia Indemnity Insurance Company, respectfully move the Court to extend the pretrial deadlines by approximately forty-five days and continue the trial in this matter accordingly. As grounds therefore, the Defendants respectfully state as follows:

1. By prior agreement of the parties, the Plaintiff had been scheduled to depose an important employee witness of WFC on March 18, 2020. This employee works out of state. Because of the rapid expansion of the novel coronavirus known as covid-19 and concomitant concern over its spread,[1] the witness is unwilling to travel for the immediate future.

---

[1] The Center for Disease Control has published domestic travel guidelines noting the increased risk of covid-19 infection posed by travel settings such as airports. *See* CDC, *Coronavirus and Travel in the United States*, https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-in-the-us.html.

{00138746.DOCX / ver:2 }
Case 3:18-cv-00433   Document 52   Filed 03/16/20   Page 1 of 3 PageID #: 1264

2. The deposition of this WFC witness was tied by the parties' agreement to the depositions of certain Plaintiff witnesses. The parties have, accordingly, as of Friday the 13th, canceled several depositions, which had been scheduled for over a month, on account of travel disruptions caused by the coronavirus.

3. Likewise, the present discovery deadline of April 24 is keyed to the remaining pretrial deadlines and the trial date, such that the pretrial deadlines cannot be moved without violating Local Rule 16.01(h).

4. While the parties, including the Defendants, would prefer to complete discovery on the present schedule and try the case as set, it appears very likely that it will be impractical to do so under the present schedule on account of the social disruptions caused by the coronavirus.

5. Accordingly, the Defendants request a forty-five-day extension of the pretrial deadlines and a concomitant continuation of the trial, which would result in an ADR report due date of June 25, a discovery cutoff of June 8, a discovery-motion cutoff of May 4, a dispositive-motion deadline of July 13, and a new target trial date of December 1, 2020. The Defendants' counsel is available throughout December 2020 and January 2021 for trial of this matter.

6. Counsel for the Defendants has consulted with counsel for the Plaintiffs concerning this motion and been informed that the Plaintiff does not oppose this motion.

Respectfully submitted,

s/ Paul J. Krog
Eugene N. Bulso, Jr. (Tenn. No. 12005)
Paul J. Krog (Tenn. No. 29263)
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219
615-780-4110
615-780-4118
gbulso@leaderbulso.com
pkrog@leaderbulso.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was submitted via the Court's ECF system, which is expected to deliver a copy via electronic means to the following:

Phillip Byron Jones
EVANS, JONES & REYNOLDS P.C.
401 Commerce Street
Suite 710
Nashville, Tennessee 37219
pjones@ejrlaw.com

on this, the 16th day of March, 2020.

s/ Paul J. Krog
Paul J. Krog