IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESOURCE MANAGEMENT ) <br> COMPANY, INC., ) <br> **Plaintiff** ) <br>   ) <br> v.   ) <br>   ) <br> WFC DURHAM HOLDINGS VII, G.P. ) <br> AND PHILADELPHIA INDEMNITY ) <br> INSURANCE COMPANY, ) <br>     **Defendants.** ) | Case No. 3:18-CV-433 <br> **Judge Richardson/Frensley** |

**ORDER**

Pending before the Court is the Defendants' Motion to Extend Pretrial Deadlines and Continue Trial on Account of COVID-19 Disruptions. Docket No. 52. The Motion indicates that the Plaintiffs have no opposition to the Motion. *Id.* In support of the Motion Defendants contend that disruptions related to the COVID-19 pandemic resulted in them being unable to complete discovery in this matter. In consultation with Judge Richardson's chambers, the Motion is GRANTED as follows:

1. The Parties shall submit a joint report on or before **June 25, 2020** confirming that they have made a good faith attempt to resolve the case. They shall also state whether they believe ADR might assist with the resolution of the case.

2. The Parties shall complete all written discovery and depose all facts witnesses on or before **June 8, 2020**. Any discovery related motions shall be filed by **May 4, 2020**. To accommodate the emergency COVID-19 restrictions and still move this case forward, counsel for the Parties shall discuss the fullest possible utilization of written discovery, including use of Fed. R. Civ. P. 31. Counsel shall also discuss the feasibility of taking depositions by video or other remote means and the Parties are encouraged to utilize the options provided by Fed. R. Civ. P. 29.

The Parties may seek assistance of the Court with the logistics of written discovery or remote depositions by contacting chambers if necessary.

      3.      Dispositive motions shall be filed no later than **July 13, 2020**.

      4.      The Court will hold a status conference with the Parties by telephone on **June 1, 2020 at 8:30 a. m**, to address: the status of discovery (including any known or anticipated discovery issues or disputes); prospect for settlement (including propriety of ADR); target trial date and, any other appropriate matters. The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**