IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RESOURCE MANAGEMENT
COMPANY INC.,

  Plaintiff & Counterclaim-Defendant,

v.

WFC DURHAM HOLDINGS VII LLC
and PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

  Defendants & Counterclaimants.

Case No. 3:18-cv-433
Judge Richardson
Mag. Judge Frensley

## JOINT REPORT

In accordance with the Court's Order filed April 17, 2020 (Dkt. 53), the parties confirm that they have made a good faith, but unsuccessful, attempt to resolve the case. The parties do not believe that ADR would assist in resolving the case.

Respectfully submitted,

s/ Phillip Byron Jones
Phillip Byron Jones
EVANS, JONES & REYNOLDS P.C.
401 Commerce Street
Suite 710
Nashville, Tennessee 37219
pjones@ejrlaw.com
*Attorneys for Plaintiff/Counter-defendant*

s/ Eugene N. Bulso, Jr.
                                           Eugene N. Bulso, Jr.
                                           Paul J. Krog
                                           LEADER, BULSO & NOLAN, PLC
                                           414 Union Street, Suite 1740
                                           Nashville, Tennessee 37219
                                           615-780-4110
                                           615-780-4118
                                           gbulso@leaderbulso.com
                                           pkrog@leaderbulso.com
                                           *Attorneys for Defendants/Counter-plaintiff*