# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

RESOURCE MANAGEMENT
COMPANY INC.,

  Plaintiff & Counterclaim-Defendant,

v.

WFC DURHAM HOLDINGS VII LLC
and PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

  Defendants & Counterclaimants.

Case No. 3:18-cv-433
Jury Demand
Judge Richardson
Mag. Judge Frensley

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 16, 2020, the address and law firm at which Eugene N. Bulso, Jr., counsel for defendants, is to receive notice and service of papers will change. Mr. Bulso's new contact information is:

    Eugene N. Bulso, Jr.
    Bulso PLC
    155 Franklin Road, Suite 400
    P. O. Box 861
    Brentwood, TN 37027
    615-497-7790
    gbulso@bulso.com

    Respectfully submitted,

    s/Eugene N. Bulso, Jr.
    Eugene N. Bulso, Jr. (Tenn. No. 12005)
    LEADER & BULSO, PLC
    414 Union Street, Suite 1740
    Nashville, Tennessee 37219
    gbulso@leaderbulso.com
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was submitted via the Court's ECF system, which is expected to deliver a copy via electronic means to the following:

Phillip Byron Jones
EVANS, JONES & REYNOLDS P.C.
401 Commerce Street
Suite 710
Nashville, Tennessee 37219
pjones@ejrlaw.com

on this, the 12th day of November 2020.

                                                  s/ Eugene N. Bulso, Jr.
                                                  Eugene N. Bulso, Jr.