# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RESOURCE MANAGEMENT COMPANY INC., <br><br> Plaintiff & Counterclaim-Defendant, <br><br> v. <br><br> WFC DURHAM HOLDINGS VII LLC and PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendants & Counterclaimants. | Case No. 3:18-cv-433 <br> Jury Demand <br> Judge Richardson <br> Mag. Judge Frensley |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 16, 2020, the address and law firm at which Paul J. Krog, counsel for defendants, is to receive notice and service of papers will change. Mr. Krog's new contact information is:

>Paul J. Krog
>Bulso PLC
>155 Franklin Road, Suite 400
>P. O. Box 861
>Brentwood, TN 37027
>615-913-5130
>pkrog@leaderbulso.com

Respectfully submitted,

s/Paul J. Krog
Paul J. Krog (BPR No. 29263)
LEADER & BULSO PLC
414 Union Street, Suite 1740
Nashville, TN 37219
Tel: (615) 780-4115
Fax: (615) 780-4132
pkrog@leaderbulso.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was submitted via the Court's ECF system, which is expected to deliver a copy via electronic means to the following:

Phillip Byron Jones
EVANS, JONES & REYNOLDS P.C.
401 Commerce Street
Suite 710
Nashville, Tennessee 37219
pjones@ejrlaw.com

on this, the 14th day of November 2020.

s/ Paul J. Krog
Paul J. Krog