IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESOURCE MANAGEMENT COMPANY, INC. ) ) ) | |
| v. ) ) | NO. 3:18-cv-00433 JUDGE RICHARDSON |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY ) ) | |

## **ORDER**

The jury trial in this case remains scheduled to begin on December 14, 2021 but it will begin at 9:00 a.m. instead of 8:30 a.m.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE