IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESOURCE MANAGEMENT COMPANY, INC., | ) ) ) NO. 3:18-cv-00433 |
| Plaintiff/Counterclaimant-Defendant, | ) ) JUDGE RICHARDSON |
| v. | ) ) ) |
| WFC DURHAM HOLDINGS VII LLC and PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) ) |
| Defendants/Counterclaimants. | ) |

## JUDGMENT

On February 26, 2025, the Court entered findings of facts and conclusions of law (Doc. No. 119), pursuant to Federal Rule of Civil Procedure Rule 52(a), to resolve claims presented at a bench trial between Plaintiff/Counterclaimant Defendant Resource Management Company, Inc. ("RMC"), and Defendant/Counterclaimant WFC Durham Holdings VII LLC ("WFC"). Therein, the Court stated, "With RMC being awarded $865,082.25 and WFC being awarded $2,852,956.22, WFC will be awarded a net judgment of $1,987,873.07, via a separate judgment to be entered at the appropriate time." (Doc. No. 119 at 87). In light of RMC's and WFC's joint filing on March 9, 2025 regarding Defendant Philadelphia Indemnity Insurance Company (Doc. No. 120), which the Court will address by separate order, that time has come.

Accordingly, judgment is entered in favor of WFC and against RMC in the amount of $1,987,873.07.

Dated: April 1, 2025.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE